IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



| | |
|---|---|
| MARV ALEE J. SINGLETON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>Administration,<br><br>Defendant. | CV 13-03-GF-DLC<br><br>ORDER |

The parties have stipulated that an award of $11,500.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 et seq., is reasonable in this case. Because the parties have stipulated to this amount, Plaintiff's first motion for attorney fees in the amount of $16,107.58 will be denied as moot.

IT IS HEREBY ORDERED that the Stipulated Motion for EAJA Fees (Doc. 38) is GRANTED. Defendant shall pay $11,500.00 in fees under the EAJA.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney Fees (Doc. 37) is DENIED as moot.

IT IS FURTHER ORDERED that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee

order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney.

Dated this 18th day of July, 2016.

Dana L. Christensen, Chief Judge
United States District Court